D. D. Laird and J. H. Laird, copartners under the style of Laird, Laird & Co., Plaintiffs in Error, v. Chas. F. Moritz and Chas. I. Levy, copartners as C. F. Moritz & Co., Defendants in Error.

### In Banc.

Writ of error to Circuit Court, Walton county; Bascom H. Palmer, Judge.

S. K. Gillis, for plaintiffs in error.

Jno. C. Avery, Wm. W. Flournoy, for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. Writ of error dismissed on motion of counsel for the defendant in error.